UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KARL J. DAVIS,

              Petitioner,

    v.

JOHN GAY, DOUG WADDINGTON and ROB MCKENNA, Attorney General of the State of Washington,

              Respondents.

Case No.  C08-5333 RBL/KLS

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**.  Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to petitioner.

    DATED this 2nd  day of June, 2008.

                                  Karen L. Strombom
                                  United States Magistrate Judge