UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KARL J. DAVIS,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN GAY, *et al.,*<br><br>    Respondents. | Case No. C08-5333 RBL/KLS<br><br>ORDER DIRECTING RESPONDENTS TO SUBMIT RELEVANT PORTIONS OF STATE COURT PROCEDURAL RECORD IN SUPPORT OF MOTION TO DISMISS |

This habeas corpus action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 1, 3 and 4. Respondents filed a Motion to Dismiss in Lieu of Answer pursuant to 28 U.S.C. § 2244(d) and Fed. R. Civ. P. 12(b)(6). (Dkt. # 16). Respondents submitted copies of the judgment and state court opinions relating to Mr. Davis's direct appeal of his 1998 convictions. (Dkt. # 16-2). Along with his response, Petitioner submitted various state court rulings relating to his personal restraint petitions. (Dkt. # 4-2).

Based on the record before it, the Court is unable to make a thorough and complete determination of whether Mr. Davis's petition is time-barred. For example, Respondents state that Mr. Davis's convictions became final on November 12, 1999. (Dkt. # 16, p. 1). Petitioner states that his convictions became final on January 11, 2000 when the mandate was issued. (Dkt. # 5, p. 1).

ORDER
Page - 1

The Washington Court of Appeals also refers to the year 2000 as when Mr. Davis's judgment and sentence became final. (Dkt. # 4-2, p. 20). The mandate is not included in the record before the Court. An October 13, 2005 Washington Court of Appeals opinion references a first personal restraint petition by Mr. Davis relating to his 1998 conviction, but there is no copy of an opinion relating to it in the record before this Court.

In order to properly determine whether Mr. Davis's petition is time-barred under 28 U.S.C. § 2244(d), including whether any § 2244(d)(2) statutory tolling may be applicable, the Court requires the complete state court *procedural* record.

Accordingly, it is **ORDERED:**

(1) Respondents shall provide the Court with the remaining portions of the state court procedural record relating to Mr. Davis's 1998 convictions on or before **October 3, 2008**; and

(2) The Clerk shall **re-note** the Petition for Writ of Habeas Corpus (Dkt. # 4) for **October 3, 2008**; and

(3) The Clerk shall send copies of this Order to the Petitioner and to counsel for the Respondents.

DATED this  2nd  day of September, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2