# United States District Court

WESTERN DISTRICT OF WASHINGTON

Karl J Davis

       v.

John Gay

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C08-5333RBL/KLS

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation;

2. Petitioner's writ of habeas corpus (Dkt. 4) is **Dismissed with Prejudice.**

 

    January 7, 2009                                BRUCE RIFKIN
                                                                     Clerk

                                                                    Jennie L. Patton
                                                                    Deputy Clerk